Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel.: (415) 373-1671

*Attorneys for Plaintiffs*
*and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, AND STEFANI WOLFF <br><br> Defendants. | Case No.: 5:23-cv-03518-EJD <br><br> **JOINT STIPULATION REGARDING ANSWER AND FURTHER SCHEDULE FOR PROCEEDINGS; AND [PROPOSED] ORDER** <br><br> Judge:  Hon. Edward J. Davila <br> Action Filed:  July 14, 2023 <br> Trial Date:  Not Yet Set |

Lead Plaintiff Myo Thant ("Lead Plaintiff") and additional named plaintiff Branden Schenkhuizen (collectively with Lead Plaintiff, "Plaintiffs") and Defendants Rain Oncology Inc. ("Rain"), Avanish Vellanki, Richard Bryce, Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff (collectively "Defendants," and together with Plaintiffs, the "Parties"), hereby stipulate and agree, subject to Court approval, to the following:

WHEREAS, on January 19, 2024, Plaintiffs filed an amended class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder and Sections 11 and 15 of the Securities Act of 1933 (ECF No. 39) (the "Amended Complaint");

WHEREAS, on April 3, 2024, Defendants moved to dismiss the Amended Complaint (ECF No. 53);

WHEREAS, on February 24, 2025, the Court granted in part and denied in part Defendants' motion to dismiss the Amended Complaint (ECF No. 61);

WHEREAS, having met and conferred following receipt of the Court's order on the motion to dismiss, Plaintiffs have elected not to file a further amended complaint and instead proceed on the surviving claims under Sections 11 and 15 of the Securities Act of 1933 against Defendants Rain, Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff (the "Section 11 Defendants");

NOW, THEREFORE, the Plaintiffs and the Section 11 Defendants, subject to approval of the Court, hereby stipulate and agree as follows:

1.      The Section 11 Defendants shall answer the Amended Complaint no later than May 2, 2025;

2.      No later than April 4, 2025, Plaintiffs and the Section 11 Defendants shall complete their Rule 26(f) discovery planning conference and file the ADR Certification required by Civil L.R. 16-8(b) and ADR L.R. 3-5(b);

3.      No later than April 18, 2025, Plaintiffs and the Section 11 Defendants shall file their Rule 26(f) Report, complete initial disclosures, and file the Case Management Statement required by the Standing Order re Contents of Joint Case Management Statement; and

4.    The Court will set an Initial Case Management Conference pursuant to Civil L.R. 16-2 at its convenience.

IT IS SO STIPULATED.


Dated:  March 10, 2025                          LEVI & KORSINSKY, LLP


By:  */s/ Adam Marc Apton*
        Adam Marc Apton

*Attorneys for Plaintiffs*

Dated:  March 10, 2025                          GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Jessica Valenzuela*
        Jessica Valenzuela

*Attorneys for Defendants*


## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.


Dated:  March 10, 2025                          LEVI & KORSINSKY, LLP


By:  */s/ Adam Marc Apton*
        Adam Marc Apton

STIPULATION & ORDER
CASE NO. 5:23-cv-03518-EJD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date:  March 12, 2025

_____
Hon. Edward J. Davila
United States District Judge

STIPULATION & ORDER
CASE NO. 5:23-cv-03518-EJD