GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    JValenzuela@gibsondunn.com
JEFFREY LOMBARD, SBN 285371
    JLombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333

GEORGE B. ADAMS III, SBN 321904
    GAdams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendants Rain Oncology Inc., Avanish Vellanki, Richard Bryce, Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF<br><br>Defendants. | CASE NO. 5:23-cv-03518-EJD<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AVANISH VELLANKI AND RICHARD BRYCE'S MOTION FOR ENTRY OF RULE 54(B) PARTIAL FINAL JUDGMENT**<br><br>**Hearing:**<br>Date:        June 12, 2025<br>Time:        9:00 A.M.<br>Place:       Courtroom 4<br><br>Judge:       Hon. Edward J. Davila<br>Action Filed:  July 14, 2023 |

On April 18, 2025, Defendants Avanish Vellanki and Richard Bryce filed a Motion for Entry of Rule 54(b) Partial Final Judgment.  This Motion sought partial final judgment as to claims asserted against them under Section 10(b) and Section 20(a) of the Exchange Act that the Court dismissed in its February 24, 2025 Order (Dkt. 61).

Having considered the Motion, any opposition and response in relation thereto, supporting documents and evidence, and any oral argument of the parties, the Court hereby orders that Defendants' Motion is **GRANTED**.

The Court finds that there is no just reason for delay and therefore DIRECTS the Clerk of the Court to enter partial final judgment in favor of Defendants Vellanki and Bryce pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.


Dated: _____          _____

                                              Hon. Edward J. Davila

United States District Judge

Gibson, Dunn &
Crutcher LLP

1