Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel.: (415) 373-1671

*Attorneys for Plaintiffs*
*and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF, <br><br> Defendants. | Case No. 5:23-cv-03518-EJD <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT RAIN ONCOLOGY INC.** <br><br> Hearing:   July 17, 2025 <br> Time:      9:00 a.m. <br> Location:  Courtroom 4 – 5th Floor <br> Judge:     Hon. Edward J. Davila |

---

Declaration of Adam M. Apton                                No. 5:23-cv-03518-EJD

I, Adam M. Apton, declare as follows:

1.  I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Plaintiffs in the above-captioned litigation. I am licensed to practice law in the State of California and admitted to this Court. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would testify competently thereto. I make this declaration in opposition to Defendants' Motion to Dismiss.

2.  Attached hereto as **Exhibit A** is a true and correct copy of Pathos AI, Inc. ("Pathos")'s press release dated January 26, 2024 announcing the completion of its acquisition of Rain Oncology Inc. ("Rain").

3.  Attached hereto as **Exhibit B** is a true and correct copy of the merger agreement between Rain and Pathos.

4.  Attached hereto as **Exhibit C** is a true and correct copy of Defendants' initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) dated April 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May 2025.

*/s/ Adam M. Apton*
Adam M. Apton

1

Declaration of Adam M. Apton                                                      No. 5:23-cv-03518-EJD