Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel.: (415) 373-1671

*Attorneys for Plaintiffs*
*and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF,<br><br>Defendants. | Case No. 5:23-cv-03518-EJD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT RAIN ONCOLOGY INC.** |

On May 7, 2025, Plaintiffs filed a Motion for Substitution of Defendant Rain Oncology Inc. ("Rain"). The Motion sought to substitute Rain for Pathos AI, Inc. ("Pathos") for all purposes in the litigation. On or around January 26, 2024, Pathos acquired Rain through a wholly owned subsidiary. Pursuant to the terms of the acquisition agreement, Pathos is the interested entity in this litigation.

Having considered the Motion, any opposition and response in relation thereto, supporting documents and evidence, and any oral argument of the parties, the Court hereby orders that Plaintiffs' Motion is GRANTED.

The Court DIRECTS the Clerk of the Court to amend the caption in this action by substituting Rain for Pathos. All further filings in the action shall reflect the new caption.

IT IS SO ORDERED.

Dated: _____                  _____
                                          HON. EDWARD J. DAVILA
                                          UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Motion to Substitute                    No. 5:23-cv-03518-EJD