GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    JValenzuela@gibsondunn.com
JEFFREY LOMBARD, SBN 285371
    JLombard@gibsondunn.com
310 University Avenue
Palo Alto, California  94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

GEORGE B. ADAMS III, SBN 321904
    GAdams@gibsondunn.com
555 Mission Street Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Rain Oncology Inc.,*
*Franklin Berger, Aaron Davis, Gorjan*
*Hrustanovic, Tran Nguyen, Peter*
*Radovich, and Stefani A. Wolff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF<br><br>Defendants. | CASE NO. 5:23-cv-03518-EJD<br><br>CLASS ACTION<br><br>**DECLARATION OF JESSICA VALENZUELA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT RAIN ONCOLOGY INC**<br><br>**Hearing:**<br>Date:        July 17, 2025<br>Time:        9:00 AM<br>Place:       Courtroom 4<br><br>Judge:       Hon. Edward J. Davila<br>Action Filed:   July 14, 2021 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF J. VALENZUELA ISO OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION
CASE NO. 5:23-CV-03518-EJD

I, Jessica Valenzuela, declare and state as follows:

1.      I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Rain Oncology Inc. ("Rain"), Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani A. Wolff in the above-captioned case.  I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Substitution of Defendant Rain Oncology Inc.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Certificate of Good Standing of Rain, issued by the Secretary of State of Delaware on May 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21st day of May, 2025, in Palo Alto, California.

_____
Jessica Valenzuela

Gibson, Dunn & Crutcher LLP

DECLARATION OF J. VALENZUELA ISO OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION
CASE NO. 5:23-CV-03518-EJD