# EXHIBIT A

# Delaware

### The First State

*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "RAIN ONCOLOGY INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE NINETEENTH DAY OF MAY, A.D. 2025.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "RAIN ONCOLOGY INC." WAS INCORPORATED ON THE SIXTH DAY OF APRIL, A.D. 2017.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.*

Charuni Patibanda-Sanchez, Secretary of State

6371446  8300

SR# 20252425604

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203727346

Date: 05-19-25