GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    JValenzuela@gibsondunn.com
JEFFREY LOMBARD, SBN 285371
    JLombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333

GEORGE B. ADAMS III, SBN 321904
    GAdams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Rain Oncology Inc.,*
*Franklin Berger, Aaron Davis, Gorjan*
*Hrustanovic, Tran Nguyen, Peter*
*Radovich, and Stefani Wolff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF<br><br>Defendants. | CASE NO. 5:23-cv-03518-EJD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT RAIN ONCOLOGY INC.**<br><br>**Hearing:**<br>Date:        July 17, 2025<br>Time:        9:00 A.M.<br>Place:       Courtroom 4<br><br>Judge:       Hon. Edward J. Davila<br>Action Filed:   July 14, 2023 |

On May 7, 2025, Plaintiffs filed a Motion for Substitution of Defendant Rain Oncology Inc. (the "Motion"). The Motion sought to substitute Pathos AI, Inc. in place of Rain Oncology, Inc. under Federal Rule of Civil Procedure 25(c).

Having considered the Motion, Defendants' opposition and any response in relation thereto, supporting documents and evidence, and any oral argument of the parties, the Court hereby orders that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: _____

                                     Hon. Edward J. Davila

United States District Judge