Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel.: (415) 373-1671

*Attorneys for Plaintiffs*
*and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF, <br><br> Defendants. | Case No. 5:23-cv-03518-EJD <br><br> **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION OF DEFENDANT RAIN ONCOLOGY INC.** <br><br> Hearing:   July 17, 2025 <br> Time:        9:00 a.m. <br> Location:   Courtroom 4 – 5th Floor <br> Judge:       Hon. Edward J. Davila |

---

Supplemental Declaration of Adam M. Apton                    No. 5:23-cv-03518-EJD

I, Adam M. Apton, declare as follows:

1.  I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Plaintiffs in the above-captioned litigation. I am licensed to practice law in the State of California and admitted to this Court. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would testify competently thereto. I make this declaration in further support of Plaintiffs' motion for substitution.

2.  Attached hereto as **Exhibit D** are true and correct copies of screenshots taken from Rain Oncology Inc.'s current website at https://www.rainoncology.com/about-us. These screenshots were captured as of the date of this declaration.

3.  Attached hereto as **Exhibit E** are true and correct copies of screenshots taken from Avanish Vellanki's LinkedIn page at https://www.linkedin.com/in/avellanki/. These screenshots were captured as of the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May 2025.

/s/ Adam M. Apton
Adam M. Apton

1

Supplemental Declaration of Adam M. Apton                    No. 5:23-cv-03518-EJD