# EXHIBIT "D"



## MANAGEMENT TEAM



**Avanish Vellanki, MBA**
*Chief Executive Officer and Cofounder*



**Robert Doebele, MD, PhD**
*President, Chief Scientific Officer & Cofounder*



**Vijaya Tirunagaru, PhD**
*Senior Vice President and Head of Research*



**Erik Atkisson**
*General Counsel & Chief Compliance Officer*

