# EXHIBIT "E"



**Avanish Vellanki** ⊘ · 3rd
President & CEO, Stratus Therapeutics

- Stratus Therapeutics

- UMN Carlson School of Management

Fremont, California, United States · Contact info

**500+** connections

Message    ⚇+ Connect    More



**Avanish Vellanki** ⊘ · 3rd+    ⋯
President & CEO, Stratus Therapeutics
6d · 🌐

🚀   A major milestone for Stratus! Our foundational research, now published in the American Journal of Hematology, announces the Stratus Prime™ platform and our lead candidate, ST-101.

By activating PIEZO1, we generate Prime HSCs™— transgene-free, immune-compatible hematopoietic stem cells designed to overcome the limitations of donor-derived transplants.   ...more

**Stratus Announces Publication of Stratus PRIME...**
stratustx.com

👍❤️ 75 · 8 comments · 18 reposts

**Avanish Vella**
President & CEO, 
2w · 🌐

It's a new day for Stratus and passionate team are future where every patien

👍❤️ 186 · 18 comments

## Experience



**President & Chief Executive Officer**
Stratus Therapeutics · Full-time
Mar 2025 - Present · 3 mos
San Francisco Bay Area · Hybrid

Stratus Therapeutics is redefining regenerative medicine with Stratus Prime™ — a platform for full hematopoietic system renewal, on demand.  ...see more



**Cofounder, Chairman & CEO**
Rain Oncology · Full-time
Apr 2017 - Mar 2024 · 7 yrs
Newark, California, United States · On-site

Rain Oncology is a San Francisco Bay Area biotechnology company, focused on developing small molecule targeted therapeutics for cancer patients...



**Senior Vice President, Chief Business Officer**
Aptose Biosciences, Inc.
Nov 2013 - Mar 2017 · 3 yrs 5 mos



**Biotechnology Investment Banking**
Wedbush Securities
Aug 2011 - Nov 2013 · 2 yrs 4 mos
San Francisco Bay Area



**Senior Director, Corp Development**
Proteolix
Feb 2009 - Dec 2009 · 11 mos