GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    JValenzuela@gibsondunn.com
JEFFREY LOMBARD, SBN 285371
    JLombard@gibsondunn.com
310 University Avenue
Palo Alto, California  94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

GEORGE B. ADAMS III, SBN 321904
    GAdams@gibsondunn.com
555 Mission Street Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendants Rain Oncology Inc., Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff, and Dismissed Defendants Avanish Vellanki and Richard Bryce*

DENIED AS MOOT

Judge Edward J. Davila

June 9, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI A. WOLFF<br><br>Defendants. | CASE NO. 5:23-cv-03518-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE OF AVANISH VELLANKI AND RICHARD BRYCE'S MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT**<br><br>Judge:           Hon. Edward J. Davila<br>Action Filed:  July 14, 2023<br>Trial Date:     Not Yet Set |

Gibson, Dunn & Crutcher LLP

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), lead plaintiff Dr. Myo Thant and additional named plaintiff Branden Schenkhuizen (collectively, "Plaintiffs"), and defendants Rain Oncology Inc., Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani A. Wolff (collectively "Defendants") and dismissed defendants Avanish Vellanki and Richard Bryce ("Dismissed Defendants," and together with Defendants and Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court continuing the hearing date for Dismissed Defendants' Motion for Entry of Partial Final Judgment from June 12, 2025, to July 17, 2025.

WHEREAS, on April 18, 2025, Dismissed Defendants filed a Motion for Entry of Partial Final Judgment, which was noticed to be heard on Thursday, June 12, 2025 at 9 A.M. (Dkt. 68);

WHEREAS, on May 7, 2025, Plaintiffs filed a Motion for Substitution of Defendant Rain Oncology Inc., which was noticed to be heard on Thursday, July 17, 2025 at 9 A.M. (Dkt. 73);

WHEREAS, the Parties believe that it would be most convenient for the Court and the Parties and most cost-effective for the Parties to have both motions heard on the same day;

WHEREAS, the Parties believe that good cause exists to continue the hearing on Dismissed Defendants' Motion for Entry of Partial Final Judgment from June 12, 2025, to July 17, 2025;

WHEREAS, the Parties have previously sought and obtained two extensions of time in this Action, as set forth in the Stipulated Request filed on August 10, 2023 (Dkt. 17), and the Stipulated Request filed on February 1, 2024 (Dkt. 50); and

WHEREAS, the Parties do not seek to continue the hearing for the purpose of delay, and the proposed new date will not have an effect on any additional pre-trial or trial dates as the Court has not yet ruled on the Parties' proposed case schedule (Dkt. 67).

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and Agree that Dismissed Defendants' Motion for Entry of Partial Final Judgment will be heard on July 17, 2025 at 9 A.M. in Courtroom 4 concurrently with Plaintiffs' Motion for Substitution of Defendant Rain Oncology Inc.

IT IS SO STIPULATED.

Gibson, Dunn & Crutcher LLP

Dated:  June 6, 2025                    GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Jessica Valenzuela*
     Jessica Valenzuela

*Attorneys for Defendants Rain Oncology Inc., Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff, and Dismissed Defendants Avanish Vellanki and Richard Bryce*

Dated:  June 6, 2025                    LEVI & KORSINSKY, LLP


By:  */s/ Adam Marc Apton*
     Adam Marc Apton

*Attorneys for lead plaintiff Dr. Myo Thant and additional named plaintiff Branden Schenkhuizen*


## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.


Dated:  June 6, 2025                    GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Jessica Valenzuela*
     Jessica Valenzuela

Gibson, Dunn & Crutcher LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:_____                    _____

Hon. Edward J. Davila
United States District Judge

Gibson, Dunn &
Crutcher LLP