**EXHIBIT A-3**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI WOLFF,<br><br>Defendants. | No. 5:23-cv-03518-EJD<br><br><u>CLASS ACTION</u> |

## <u>NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION</u>

**TO: ALL PERSONS WHO PURCHASED RAIN ONCOLOGY INC. ("RAIN") COMMON STOCK BETWEEN APRIL 23, 2021 AND MAY 19, 2023, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California, that a hearing will be held on _____, 2026, at __:__ _.m. before the Honorable Edward J. Davila, United States District Court Judge, at the courthouse for the Northern District of California, either telephonically, on Zoom, and/or at 280 South First Street, San Jose, California 95113 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration in the amount of $7,250,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the Plan of Allocation is fair and reasonable, and should be approved; (3) whether Lead Counsel's application for an award of attorneys' fees of up to twenty-five percent (25%) and any interest accrued thereon, and reimbursement of out-of-pocket expenses of not more than $75,000 and any interest accrued thereon, and compensatory awards for Plaintiffs of not more than $10,000 for Lead Plaintiff and $5,000 for Plaintiff Branden Schenkhuizen, all to be paid from the Settlement Fund, should be approved; and (4) whether this Action should be dismissed with prejudice against the Defendants as fully set forth in the Stipulation of Settlement dated October 21, 2025 (the "Stipulation") filed with the Court.

You are receiving this Notice because the Court has preliminarily certified a class of investors for settlement purposes only ("Class"), and you may be a member of the Class ("Class Member"). The proposed Class consists of (i) all Persons who purchased Rain common stock between April

23, 2021 to May 19, 2023, inclusive, and were damaged thereby, and (ii) all Persons who purchased Rain common stock pursuant or traceable to Rain's registration statement filed in conjunction with Rain's initial public offering on April 23, 2021, and were damaged thereby. Excluded from the Class are Rain, the Director Defendants, Dismissed Defendants, and each of their immediate family members, legal representatives, heirs, successors or assigns, and any entity in which any of the Defendants or Dismissed Defendants have or had a controlling interest.

If you purchased or acquired Rain Oncology, Inc. common stock between April 23, 2021 and May 19, 2023, inclusive, your rights may be affected by this Action and the Settlement thereof, including the release and extinguishment of claims you may possess relating to your ownership interest in Rain common stock. If you have not received a more-detailed, long-form Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies of these documents and the Stipulation by downloading them at the Settlement website at: www.[INSERT].com. If you are unable to do so, you may contact the Claims Administrator to obtain copies:

*Thant v. Rain Oncology, Inc., et al.,*
c/o [INSERT]
[INSERT]
[INSERT]

The case has been litigated since July 2023. According to the operative complaint, Plaintiffs allege that Defendants made false and misleading statements related to Rain's development and commercialization for milademetan in violation of the federal securities laws. Plaintiffs allege that the inaccuracies in Rain's registration statement at the time of its initial public offering violated Sections 11 and 15(a) of the Securities Act of 1933. Plaintiffs also allege that Rain and certain of its former executive officers made subsequent misrepresentations with fraudulent intent about the same topics in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder.

Defendants have denied and continue to deny these allegations and that they committed any act or omission giving rise to any liability or violation of the law. The Settlement will resolve the lawsuit and the Released Claims as to the Defendants and other Released Defendants' Parties. Plaintiffs and the Class are represented by Lead Counsel, who may be reached by contacting: Adam M. Apton, Levi & Korsinsky, LLP, 1160 Battery Street East, Suite 100, San Francisco, CA 94111, (415) 373-1671.

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim that is received by the Claims Administrator no later than _____, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any Judgment rendered in the Action whether or not you make a claim.

If you want to be excluded from the Class, you must submit to the Claims Administrator a request for exclusion, in accordance with the procedures set forth in the long-form Notice, so that it is received no later than _____. If you decide to exclude yourself from the Class and wish to file your own individual lawsuit based on the Released Plaintiffs' Claims, Defendants may argue that you face a time bar under applicable statutes of limitation or repose. Any Class Member

2

considering a request for exclusion should discuss these risks with an appropriate legal advisor. All members of the Class who have not requested exclusion from the Settlement Class will be bound by any Judgment entered in the Action pursuant to the Settlement Stipulation.

If you are a Class Member and do not exclude yourself, you can object to the Settlement, Plan of Allocation, or Lead Counsel's request for an Attorney Fee Award and compensatory Award to Plaintiffs in the manner and form explained in the detailed Notice and received no later than _____.

Any questions regarding the Settlement should be directed to Lead Counsel for the Class.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: _____     BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA