Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI WOLFF,<br><br>Defendants. | No. 5:23-cv-03518-EJD<br><br>CLASS ACTION<br><br>Hon. Edward J. Davila<br><br>Courtroom: 4 – 5th Floor<br>Date:          December 11, 2025<br>Time:          9:00 a.m. |

**PLAINTIFFS' REPLY IN FURTHER SUPPORT OF UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Court-appointed Lead Plaintiff Myo Thant ("Lead Plaintiff") and additional named plaintiff Branden Schenkhuizen (collectively with Lead Plaintiff, "Plaintiffs") submit this reply brief in further support of their Motion for Preliminary Approval of Class Action Settlement, ECF No. 84. Plaintiffs' motion remains unopposed and the time for opposition has lapsed. Accordingly, Plaintiffs believe it may be appropriate to decide the motion on the papers, unless the Court desires a hearing. *See*, *e.g.*, *In re Wells Fargo & Co. Shareholder Derivative Litig.*, No. 16-CV-05541-JST, 2019 WL 13020734, at *1 (N.D. Cal. May 14, 2019) (granting plaintiffs' unopposed motion for preliminary approval of settlement on the papers); *In re Hewlett-Packard Co. S'holder Derivative Litig.*, No. 3:12-CV-06003-CRB, 2015 WL 1153864, at *5 (N.D. Cal. Mar. 13, 2015) (same); *Kagan v. Wachovia Sec., L.L.C.*, No. 09-5337 SC, 2012 WL 1109987, at *1 (N.D. Cal. Apr. 2, 2012) (same); *see also Khoja v. Orexigen Therapeutics, Inc.*, No. 15-CV-540 JLS (KSC), 2021 WL 1579251, at *1 (S.D. Cal. Apr. 22, 2021) (granting preliminary approval on the papers).

Dated: November 12, 2025

Respectfully submitted,

LEVI & KORSINSKY, LLP

By:  */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs
and the Class*

REPLY RE: MOTION FOR PRELIMINARY APPROVAL
CASE NO. 5:23-cv-03518-EJD                    1