**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MYO THANT, Individually and On Behalf of
All Others Similarly Situated,

      Plaintiff,

    v.

RAIN ONCOLOGY INC., AVANISH VELLANKI,
RICHARD BRYCE, FRANKLIN BERGER,
AARON DAVIS, GORJAN HRUSTANOVIC,
TRAN NGUYEN, PETER RADOVICH, and
STEFANI WOLFF,

      Defendants.

Case No.: 5:23-cv-03518-EJD

<u>CLASS ACTION</u>

**DECLARATION OF SARAH EVANS CONCERNING: (A) MAILING AND EMAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; <u>AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS</u>**

I, Sarah Evans, declare as follows:

1.    I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nine years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**<u>MAILING AND EMAILING OF THE POSTCARD NOTICE</u>**

2.    Pursuant to the Court's Preliminary Approval Order, dated December 15, 2025 (ECF No. 87, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims

DECLARATION OF SARAH EVANS        Case No. 5:23-cv-03518-EJD

in connection with the Settlement of the above-captioned Action.[1]  I submit this declaration in order to provide the Court and the Parties with information regarding the notifications to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release ("Claim Form") (collectively, the "Notice and Claim Form") for the DTC to publish on its Legal Notice System on December 29, 2025. This system provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. A true and correct copy of the Notice and Claim Form is attached as **Exhibit A**.

4.      As in most class actions of this nature, the large majority of potential Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 1,049 banks and brokerage companies ("Nominee Account Holders"), as well as 1,414 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On December 29, 2025, SCS caused a letter to be mailed or e-mailed to the 2,463 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within ten calendar days from the date of the letter, either

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated October 21, 2025 (ECF No. 83, the "Stipulation").

DECLARATION OF SARAH EVANS                          Case No. 5:23-cv-03518-EJD

(i) provide SCS with a list of the names, last known addresses, and email addresses (to the extent known) of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email links to the electronic Notice and Claim Form to those beneficial purchasers/owners for whom SCS received valid email addresses; (ii) request from SCS copies of the Postcard Notice sufficient to send to their clients who were beneficial purchasers/owners and, within 10 calendar days of receipt of the Postcard Notices, send them to their clients who may be beneficial purchasers/owners; or (iii) request the link to the electronic Notice and Claim Form from SCS and, within 10 calendar days of receipt, email the link to their clients who were beneficial purchasers/owners. SCS also included a copy of the Postcard Notice on each letter mailed or emailed and included the link to the electronic Notice and Claim Form on the Settlement Website. A copy of the letter sent to these nominees is attached as **Exhibit B.**

5.    To provide actual notice to those persons or entities who (i) purchased Rain Oncology Inc. ("Rain") common stock between April 23, 2021 to May 19, 2023, inclusive ("Class Period"), or (ii) purchased Rain common stock pursuant or traceable to Rain's registration statement filed in conjunction with Rain's initial public offering on April 23, 2021 (the "IPO"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice or emailed the Postcard Notice and link to the electronic Notice and Claim Form to potential members of the Class.  **Exhibit C** is a copy of the Postcard Notice.

6.    SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 36 persons or organizations identified in the transfer records that were provided to SCS by Lead Counsel. These records reflect the persons or entities that purchased Rain common stock for their own accounts, or for the account(s) of their clients, during the Class Period or pursuant or traceable to Rain's registration statement filed in conjunction with Rain's IPO.  The transfer records mailing

3

was completed on December 29, 2025. Following this mailing, SCS received 1,056 additional names and addresses of potential Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received a request from two nominees for 4,220 Postcard Notices so that the nominees could forward them to their clients, and SCS received notification from one nominee that they mailed the Postcard Notice to one of their clients. To date, 5,313 Postcard Notices have been mailed or are in the process of being mailed to potential Class Members.

7.    Additionally, SCS received 4,006 email addresses from nominees to send the electronic Postcard Notice and the direct link to the electronic Notice and Claim Form, and SCS was notified by a nominee that they emailed 6,372 of their clients to notify them of this Settlement and to provide a direct link to the electronic Notice and Claim Form on the Settlement Website.

8.    In total, 15,691 potential Class Members were or are being notified either by mailed Postcard Notice, emailed Postcard Notice, or emailed direct link to the electronic Notice and Claim Form.[2]

### PUBLICATION OF THE SUMMARY NOTICE

9.    Pursuant to the Preliminary Approval Order, the Summary Notice was published electronically on the national newswire of *Globe Newswire* on January 12, 2026, as shown in the confirmation of publication attached hereto as **Exhibit D.**

---

[2] Out of the 5,313 Postcard Notices that have been mailed or are in the process of being mailed, one was returned to SCS as undeliverable with no forwarding address provided by the United States Postal Service. The Postcard Notice was sent to a nominee that was included on SCS's master mailing list. On December 9, 2025, using an alternate address on SCS's master mailing list, SCS then mailed the nominee a letter notifying them of the Settlement and including a copy of the Postcard Notice. To date, the additional letter to the nominee enclosing the Postcard Notice has not been returned as undeliverable.

4

DECLARATION OF SARAH EVANS                                  Case No. 5:23-cv-03518-EJD

**TOLL-FREE PHONE LINE**

10.    SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement as well as request the Notice and Claim Form to be mailed to them. SCS has promptly responded to each telephone inquiry and will continue to address Class Member inquiries.

**SETTLEMENT WEBSITE**

11.    On December 29, 2025, pursuant to the Preliminary Approval Order, SCS established a website for the Settlement at www.RainOncologySettlement.com. The website is accessible 24 hours a day, 7 days a week. The website contains a home page accessible in English, Spanish, Mandarin, and Vietnamese; an important documents page; an online claims filing page; a contact us page; and a nominees page. Pursuant to the Preliminary Approval Order, SCS posted the following documents to the important documents page of the Settlement website on December 29, 2025: the Notice and Claim Form (in English, Spanish, Mandarin, and Vietnamese), the Stipulation, the Preliminary Approval Order.

**REPORT ON EXCLUSIONS AND OBJECTIONS**

12.    The Postcard Notice, Notice, Summary Notice, and Settlement website informed potential Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than March 5, 2026.  SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

13.    According to the Postcard Notice, Notice, Summary Notice, and Settlement website, Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Plaintiffs must submit their objections to the Court so that those objections are filed or received

5

DECLARATION OF SARAH EVANS                                    Case No. 5:23-cv-03518-EJD

no later than March 5, 2026. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of January 2026, in Media, Pennsylvania.


_____
Sarah Evans

DECLARATION OF SARAH EVANS                                    Case No. 5:23-cv-03518-EJD

EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MYO THANT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RAIN ONCOLOGY INC., AVANISH VELLANKI, RICHARD BRYCE, FRANKLIN BERGER, AARON DAVIS, GORJAN HRUSTANOVIC, TRAN NGUYEN, PETER RADOVICH, and STEFANI WOLFF, <br><br> Defendants. | No. 5:23-cv-03518-EJD <br><br> <u>CLASS ACTION</u> |

## NOTICE OF PENDENCY AND
## <u>PROPOSED SETTLEMENT OF CLASS ACTION</u>

**YOU MAY BE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT IF YOU PURCHASED RAIN ONCOLOGY, INC. COMMON STOCK BETWEEN APRIL 23, 2021 AND MAY 19, 2023, INCLUSIVE.**

*A Federal Court authorized this notice.  This is not a solicitation from a lawyer.*

**IF YOU ARE A CLASS MEMBER, YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT WHETHER YOU ACT OR DO NOT ACT.  PLEASE READ THIS NOTICE CAREFULLY.**

- **Purpose of Notice:**  The purpose of this Notice[1] is to inform you of the pendency of this securities class action (the "Action"), the proposed settlement of the Action (the "Settlement"), and a hearing to be held by the Court to consider: (i) whether the Settlement should be approved; (ii) whether the proposed plan for allocating the proceeds of the Settlement (the "Plan of Allocation") should be approved; and (iii) Lead Counsel's application for attorneys' fees and expenses.  This Notice describes important rights you may have and what steps you must take if you wish to participate in the Settlement, wish to object, or wish to be excluded from the Class.

- **Summary of Claims Resolved:**  The Settlement resolves claims by the Court-appointed Lead Plaintiff Myo Thant ("Lead Plaintiff") and additional named plaintiff Branden Schenkhuizen (collectively with Lead Plaintiff, "Plaintiffs") against Defendants Rain Oncology Inc. ("Rain"), Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff (the "Director

---

[1] All capitalized terms not otherwise defined in this notice shall have the same meaning provided in the Stipulation of Settlement, dated October 21, 2025 (the "Stipulation").

Defendants," and collectively with Rain, the "Defendants," and together with Plaintiffs, the "Parties" and each a "Party"), for alleged violations of federal securities laws by allegedly making misrepresentations and/or omissions of material fact between April 23, 2021 and May 19, 2023, inclusive, concerning Rain's development and commercialization of milademetan.

- **Statement of Class Recovery:**  Subject to Court approval, Plaintiffs, on behalf of the Class, have agreed to settle the Action in exchange for a payment of $7,250,000 (the "Settlement Amount"), which will be deposited into an Escrow Account and may earn interest (the "Settlement Fund").  The Net Settlement Fund (as defined below) will be distributed to Class Members according to the Court-approved plan of allocation (the "Plan of Allocation").  The proposed Plan of Allocation is set forth on pages 10-12 below.

- **Estimate of Average Recovery Per Share:**  Plaintiffs estimate there were approximately 8,000,000 shares of Rain common stock traded during the Class Period that may have been impacted.  Pursuant to the Plan of Allocation, if all affected Rain shares elect to participate in the Settlement, the average recovery per share could be approximately $0.91, before deduction of any fees, expenses, costs, and awards described herein. **Class Members should note that this is only an estimate.**  Some Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased or sold their Rain common stock and the total number of valid Proof of Claim and Release Forms ("Claim Forms") submitted and the value of those claims.  Distributions to Class Members will be made based on the Plan of Allocation or such other plan of allocation as may be ordered by the Court.

- **Statement of Potential Outcome of Case If the Action Continued to Be Litigated:**  The Parties disagree about both liability and damages and do not agree on the amount of damages, if any, that would be recoverable if Plaintiffs were to prevail on each claim asserted against the Defendants.  Among other things, the Parties disagree on (i) whether Defendants violated the federal securities laws by making materially false or otherwise misleading statements during the Class Period; (ii) whether the alleged misrepresentations and omissions in Rain's public filings were, in fact, materially misleading; (iii) whether Plaintiffs and the Class suffered any harm as a result of Defendants' alleged violations of the federal securities laws and purported subsequent revelation of the truth; (iv) whether Defendants' alleged misconduct was the proximate cause of any losses suffered by the Class; and (v) whether Defendants acted with the requisite culpability as to each claim.

- **Reasons for Settlement:**  Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Class without the risk or the delays inherent in further litigation.  Plaintiffs weighed this benefit against the significant risk that a smaller recovery – or no recovery at all – might be achieved after contested motions, a trial of the Action and post-trial appeal.  This process would be expected to last several years.  The Settlement was entered into after extended mediation proceedings.  Without admitting any wrongdoing or liability on their part whatsoever, Defendants are willing to settle to avoid the continuing burden, expense, inconvenience and distraction of further litigation, provided that all of the claims of the Class are fully and forever settled, compromised, and dismissed with prejudice.

- **Attorneys' Fees and Costs:**  Lead Counsel has not received any payment for their services in conducting this litigation on behalf of Plaintiffs and the members of the Class, nor have they been reimbursed for their out-of-pocket expenditures.  If the Settlement is approved by the Court, Lead Counsel will apply to the Court for attorneys' fees not to exceed 25% of the Settlement Amount and any interest accrued thereon, and reimbursement of expenses not to exceed $75,000, and any interest accrued thereon.  If the amount requested by Lead Counsel is approved by the Court, the average cost of fees would be approximately $0.24 per share.  In addition, an award for the time and expenses

2

incurred by the Plaintiffs will be requested, not to exceed $10,000 for the Lead Plaintiff and $5,000 for Plaintiff Branden Schenkhuizen.

- **Identification of Attorneys' Representatives:**    Requests for further information regarding the Action, this Notice, or the Settlement can be directed to Lead Counsel: Adam M. Apton, Levi & Korsinsky, LLP, 1160 Battery Street East, Suite 100, San Francisco, CA 94111, (415) 373-1671. **Please Do Not Call the Court with Questions About the Settlement.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM BY APRIL 20, 2026** | The *only* way to get a payment. *See* Question 8 below for details. |
| **EXCLUDE YOURSELF FROM THE CLASS BY MARCH 5, 2026** | Get no payment. This is the only option that, assuming your claim is timely brought, might allow you to ever bring or be part of any other lawsuit against the Defendants or the other Released Defendants' Parties concerning the Released Plaintiffs' Claims. *See* Question 11 below for details. |
| **OBJECT BY MARCH 5, 2026** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, or the Attorney Fee Award application. If you object, you will still be a member of the Class. *See* Question 15 below for details. |
| **GO TO A HEARING ON APRIL 2, 2026 AND FILE A NOTICE OF INTENTION TO APPEAR BY MARCH 5, 2026** | Class Members may be permitted to appear and speak to the Court if they submit a written objection. *See* Question 19 below for details. |
| **DO NOTHING** | Get no payment AND give up your rights to bring your own individual action. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.  Payments will be made to all Class Members who timely submit valid Claim Forms, if the Court approves the Settlement and after any appeals are resolved.  Please be patient.

## BASIC INFORMATION

### 1.   Why did I get this Notice?

You or someone in your family, or an investment account for which you serve as a custodian, might have purchased shares of Rain common stock, and might be a Class Member.  This Notice explains the Action, the Settlement, Class Members' legal rights, what benefits are available, who is eligible for them, and how to get them.  Receipt of this Notice does not necessarily mean that you are a Class Member or that you will be entitled to receive a payment.  **If you wish to be eligible for a payment, you must submit the Claim Form that is available on the Settlement website at www.RainOncologySettlement.com.** *See* **Question 8 below.**

The Court directed that this Notice be made publicly available on this website to inform Class Members of the terms of the proposed Settlement and about all of their options, before the Court decides whether to approve the Settlement at the upcoming hearing to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and Lead Counsel's application for attorneys' fees and expenses (the "Settlement Hearing").

3

The Court in charge of the Action is the United States District Court for the Northern District of California, and the case is known as *Myo Thant v. Rain Oncology Inc., et al.*, Case No. 5:23-cv-03518-EJD (N.D. Cal.). The Action is assigned to District Court Judge Edward J. Davila.

**2.    What is this case about and what has happened so far?**

Rain is a biopharmaceutical company that obtained the rights to develop and commercialize a drug known as milademetan. When Rain conducted its initial public offering in April 2021, it told investors that it believed that early clinical testing data of milademetan in a form of cancer called de-differentiated liposarcoma ("DDLS") provided a sufficient basis to proceed directly to a Phase 3 clinical trial without having to conduct a Phase 2 clinical trial. In May 2023, Rain announced that its Phase 3 clinical trial for milademetan in DDLS had failed to meet its primary endpoint. Thereafter, Rain discontinued development for milademetan, engaged in a strategic sale to another company, and ceased trading on the open market.

According to the operative complaint, Plaintiffs allege that the early stage clinical testing data did not in fact provide a sufficient basis to proceed directly to a Phase 3 clinical trial and that, importantly, the problems encountered by Rain in its Phase 3 clinical trial would have been avoided had it conducted a Phase 2 clinical trial. Consequently, Plaintiffs alleged that Defendants' statements concerning Rain's development and commercialization of milademetan were false and/or materially misleading and made in violation of the federal securities laws.

In connection with this Action, Plaintiffs, through their counsel, conducted a thorough investigation relating to the claims, defenses, and underlying events and transactions that are the subject of the Action. This process included reviewing and analyzing: (i) documents filed publicly by the Company with the SEC; (ii) publicly available information, including press releases, news articles, and other public statements issued by or concerning the Company; (iii) research reports issued by financial analysts concerning the Company; (iv) consultation with experts in the field of FDA regulatory approval for biopharmaceuticals as well as market economics on issues relating to loss causation and recoverable damages; (v) interviews conducted with former employees of Rain; and (vi) the applicable law governing the claims and potential defenses.  Plaintiffs and Lead Counsel also responded to Defendants' motion to dismiss and engaged in discovery.

On August 18, 2025, the Parties attended a full-day mediation session with Jed Melnick, a well-respected and highly experienced mediator.  Prior to the mediation session, Plaintiffs provided Defendants and the mediator with a detailed mediation statement.  Plaintiffs and Defendants ended the mediation without reaching a resolution to the Action.  The Parties continued negotiations over the next several weeks and ultimately agreed to a mediator's proposal to resolve the claims for the Settlement Amount.

On September 19, 2025, the Parties notified the Court that they had agreed in principle to resolve all issues and claims in the Action.

**3.    Why is this a class action?**

In a class action, one or more persons or entities (in this case, Plaintiffs), sues on behalf of people and entities who or which have similar claims.  Together, these people and entities are a "class," and each is a "class member."  Bringing a case, such as this one, as a class action allows the adjudication of many similar claims of persons and entities who or which might be too small to bring economically as separate actions.  One court resolves the issues for all class members at the same time, except for those who exclude themselves, or "opt-out," from the class.

**4.    Why is there a Settlement?**

Plaintiffs and Lead Counsel believe that the claims asserted in the Action have merit. However, Plaintiffs and Lead Counsel recognize the expense and length of continued proceedings necessary to pursue the claims through trial and appeals, as well as the difficulties in establishing liability and damages. Plaintiffs and Lead Counsel also recognize that Defendants have numerous defenses that could preclude a recovery.  For example, Defendants challenge whether any of the statements in question were actually

false and misleading, and whether they caused any losses. The Settlement provides a guaranteed and immediate cash recovery to the Class. In light of the risks, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Class.

The Defendants have denied and continue to deny any and all allegations of wrongdoing or liability, that Plaintiffs or the Class suffered any damages, and that the price of Rain common stock was artificially inflated. The Settlement is not and should not be seen as an admission or concession on the part of the Defendants.

The Settlement must be compared to the risk of no recovery after contested dispositive motions, trial, and likely appeals. The Parties disagree on both liability and damages, and do not agree on the average amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail on each claim alleged against the Defendants. Moreover, any higher recovery awarded at trial might not be fully collectible due to, among other things, Defendants' eroding insurance policies.

### 5. How do I know if I am part of the Settlement?

Everyone who fits the following description is a Class Member and subject to the Settlement unless they are an excluded person (*see* Question 6 below) or take steps to exclude themselves from the Class (*see* Question 11 below): (i) all Persons who purchased Rain common stock between April 23, 2021 to May 19, 2023, inclusive, and were damaged thereby, and (ii) all Persons who purchased Rain common stock pursuant or traceable to Rain's registration statement filed in conjunction with Rain's initial public offering on April 23, 2021, and were damaged thereby.

Receipt of this Notice does not mean that you are a Class Member. Please check your records or contact your broker to see if you are a member of the Class. You are a Class Member only if you individually (and not a fund you own) meet the Class definition.

### 6. Are there exceptions to be included in the Class?

Yes. There are some individuals and entities who or which are excluded from the Class by definition. Excluded from the Class are: Rain, the Director Defendants, Dismissed Defendants, and each of their immediate family members, legal representatives, heirs, successors or assigns, and any entity in which any of the Defendants or Dismissed Defendants have or had a controlling interest.

**THE SETTLEMENT BENEFITS**

### 7. What does the Settlement provide?

In exchange for the Settlement and the release of the Released Plaintiffs' Claims against the Released Defendants' Parties, the Defendants have agreed to create a $7,250,000 cash fund, which may accrue interest, to be distributed, after deduction of Court-awarded attorneys' fees and litigation expenses, Settlement Administration Costs, taxes and tax expenses, and any other fees or expenses approved by the Court (the "Net Settlement Fund"), among all Class Members who submit valid Claim Forms and are found to be eligible to receive a distribution from the Net Settlement Fund ("Authorized Claimants").

### 8. How can I receive a payment?

To qualify for a payment, you must submit a timely and valid Claim Form. A Claim Form is included with this Notice. You can also obtain a Claim Form from the website dedicated to the Settlement: www.RainOncologySettlement.com. You can request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at (866) 274-4004. Please read the instructions contained in the Claim Form carefully, fill out the Claim Form, include all the documents the form requests, sign it, and mail or submit it electronically through www.RainOncologySettlement.com to the Claims Administrator so that it is **postmarked or received no later than April 20, 2026.**

**9.    When will I receive my payment?**

The Court will hold a Settlement Hearing on **April 2, 2026** to decide, among other things, whether to finally approve the Settlement.  Even if the Court approves the Settlement, there may be appeals which can take time to resolve, perhaps more than a year.  It also takes a long time for all of the Claim Forms to be accurately reviewed and processed.  Please be patient.

**10.  What am I giving up to receive a payment or stay in the Class?**

If you are a member of the Class, unless you exclude yourself, you will remain in the Class, and that means that, upon the "Effective Date" of the Settlement, you will release all "Released Plaintiffs' Claims" against the "Released Defendants' Parties."  Unless you exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants in connection with the Released Plaintiffs' Claims.  It also means that all of the Court's orders will apply to you and legally bind you and you will release your claims against the Defendants.  On the "Effective Date," Defendants also will release any claims they might have against Class Members related to the prosecution of the Action.

**"Released Plaintiffs' Claims"** means the release, upon the Effective Date, by (i) Plaintiffs and all Class Members, together with (ii) each of their respective family members; (iii) their direct or indirect parent entities, direct or indirect subsidiaries, related entities, and affiliates; (iv) any trust of which they are the settlor or which is for the benefit of his, her, or their family members; and (v), for any of the Persons listed in parts (i) through (iv), their respective partners, general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, or any controlling person thereof in their capacities as such (each of the foregoing, a "Releasing Plaintiffs' Party"), as against Released Defendants' Parties, all Claims, including Unknown Claims, that Plaintiffs, any other member of the Class, or any other Releasing Plaintiffs' Party: (i) asserted or could have asserted in the Action or Amended Complaint; or (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Amended Complaint or any previous complaint in the Action.  Released Plaintiffs' Claims shall not include (i) any Claims relating to the enforcement of the Settlement; and (ii) any Claims of any Person that has Opted Out of the Settlement.

**"Released Defendants' Parties"** means (i) each of the Defendants and Dismissed Defendants; (ii) the family members of the Defendants and Dismissed Defendants; (iii) direct or indirect parent entities, direct or indirect subsidiaries, related entities, and affiliates of Rain, including Pathos AI, Inc.; (iv) any trust of which any Defendant or Dismissed Defendant is the settlor or which is for the benefit of any Defendant, Dismissed Defendant and/or his or her family members; (v) for any of the Persons listed in parts (i) through (iv), as applicable, their respective past, present, or future general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, reinsurers, indemnitors, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, estates, or any controlling person thereof; and (vi) any entity in which any Defendant or Dismissed Defendant has a controlling interest; all in their capacities as such.

**"Released Defendants' Claims"** means the release by Defendants, upon the Effective Date, as against Released Plaintiffs' Parties (as defined herein), of all Claims and causes of action of every nature and description, whether known Claims or Unknown Claims, whether arising under federal, state, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the Claims asserted in the Action against Defendants. Released Defendants' Claims shall not include any Claims relating to the enforcement of the Settlement or any Claims by Defendants or Dismissed Defendants for insurance coverage.

6

**"Released Plaintiffs' Parties"** means (i) Plaintiffs, all Class Members, and Plaintiffs' counsel, and (ii) each of their respective family members, and their respective partners, general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, or any controlling person thereof, all in their capacities as such.

## EXCLUDING YOURSELF FROM THE CLASS

If you do not want to be part of the Settlement but you want to keep any right you may have to sue or continue to sue the Released Defendants' Parties on your own about the Released Plaintiffs' Claims, then you must take steps to remove yourself from the Class.  This is called excluding yourself or "opting out." **Please note: if you bring your own claims, Defendants will have the right to seek their dismissal, including because the suit is not filed within the applicable time periods required for filing suit. Also, the Defendants may terminate the Settlement if Class Members who purchased in excess of a certain amount of shares of Rain common stock seek exclusion from the Class.**

**11.  How do I exclude myself from the Class?**

To exclude yourself from the Class, you must mail a signed letter to the Claims Administrator stating that you "request to be excluded from the Class in *Thant v. Rain Oncology Inc., et al.*, Case No. 5:23-cv-03518-EJD (N.D. Cal.)".  You cannot exclude yourself by telephone or e-mail.  Each request for exclusion must also: (i) state the name, address, and telephone number of the person or entity requesting exclusion; (ii) state the number of shares of Rain common stock purchased, acquired, and/or sold during the Class Period, as well as the dates and prices of each such purchase, acquisition, and sale; and (iii) be signed by the person or entity requesting exclusion or an authorized representative.  A request for exclusion must be mailed, so that it is **received no later than March 5, 2026,** to:

*Thant v. Rain Oncology, Inc., et al.,*
EXCLUSIONS
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
P.O. Box 230
Media, PA 19063

**Your exclusion request must comply with these requirements in order to be valid, unless it is otherwise accepted by the Court.**

If you ask to be excluded, do not submit a Claim Form because you cannot receive any payment from the Net Settlement Fund.  Also, you cannot object to the Settlement because you will not be a Class Member.  However, if you submit a valid exclusion request, you will not be legally bound by anything that happens in the Action, and you may be able to sue (or continue to sue) the Defendants and the other Released Defendants' Parties in the future, assuming your claims are timely.  If you have a pending lawsuit against any of the Released Defendants' Parties, **please speak to your lawyer in the case immediately.**

**12.  If I do not exclude myself, can I sue the Defendants and the other Released Defendants' Parties for the same thing later?**

No.  Unless you properly exclude yourself from the Settlement, you will give up any rights to sue the Defendants and the other Released Defendants' Parties for any and all Released Plaintiffs' Claims.

**THE LAWYERS REPRESENTING YOU**

### 13. Do I have a lawyer in this case?

The Court appointed the law firm of Levi & Korsinsky, LLP as Lead Counsel to represent all Class Members.  If you want to be represented by your own lawyer, you may hire one at your own expense.

### 14. How will the lawyers be paid?

You will not be separately charged for work performed by Levi & Korsinsky, LLP on behalf of the Class.  The Court will determine the amount of Lead Counsel's fees and expenses, which will be paid from the Settlement Fund.  To date, Lead Counsel have not received any payment for their services in pursuing the claims against Defendants on behalf of the Class, nor have they been paid for their litigation expenses.  Lead Counsel will ask the Court to award attorneys' fees of no more than twenty-five percent (25%) of the Settlement Fund, including accrued interest, and reimbursement of litigation expenses of no more than $75,000 plus accrued interest.  Plaintiffs may also request an award of up to $10,000 for Lead Plaintiff and $5,000 for Plaintiff Branden Schenkhuizen to reimburse their reasonable time, costs and expenses in representing the Class.

**OBJECTING TO THE SETTLEMENT, THE PLAN OF ALLOCATION,
OR THE FEE AND EXPENSE APPLICATION**

### 15. How do I tell the Court that I do not like something about the proposed Settlement?

If you are a Class Member, you may object to the Settlement or any of its terms, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Plaintiffs. You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the Settlement agreed to by the Parties in the Action. If the Court denies approval, no settlement payments will be sent out, and the lawsuit will continue. If that is what you want to happen, you should object.

Any objection to the proposed Settlement must be in writing. If you file a timely written objection, you may, but are not required to, appear at the Settlement Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must (i) clearly identify the case name and number "*Thant v. Rain Oncology, Inc., et al.*, Case No. 5:23-cv-03518-EJD (N.D. Cal.)"; (ii) state the name, address, and telephone number of the person or entity objecting; (iii) state the number of shares of Rain common stock purchased, acquired, and/or sold during the Class Period, as well as the dates and prices of each such purchase, acquisition, and sale; (iv) be signed by the person or entity objecting or an authorized representative; (v) be submitted to the Court either by filing them electronically or in person at any location of the United States District Court for the Northern District of California or by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489; and (vi) be filed or received on or before March 5, 2026.

### 16. What is the difference between objecting and seeking exclusion?

Objecting is telling the Court that you do not like something about the proposed Settlement.  You may object and still recover money from the Settlement *if* you timely submit a valid Claim Form and the Settlement is approved by the Court.  You may object *only* if you remain part of the Class.  Excluding yourself is telling the Court that you do not want to be part of the Class.  If you exclude yourself from the Class, you will lose standing to object to the Settlement because it will no longer affect you and you will not be eligible for any payment.

## THE SETTLEMENT HEARING

**17.  When and where will the Court decide whether to approve the proposed Settlement?**

The Court will hold the Settlement Hearing on **April 2, 2026 at 9:00 a.m.**, either telephonically, on Zoom, and/or at 280 South First Street, Courtroom 4 – 5th Floor, San Jose, California 95113.  At this hearing, the Court will consider, whether: (i) the Settlement is fair, reasonable, and adequate, and should be finally approved; (ii) the Plan of Allocation is fair and reasonable and should be approved; and (iii) Lead Counsel's application for attorneys' fees and expenses and Plaintiffs' service awards are reasonable and should be approved.  The Court will take into consideration any written objections filed in accordance with the instructions in Question 15 above.  We do not know how long it will take the Court to make these decisions.

You should be aware that the Court may change the date and time of the Settlement Hearing, or hold the hearing telephonically, without another notice being sent to Class Members.  If you want to attend the hearing, you should check with Lead Counsel beforehand to be sure that the date or time has not changed, periodically check the settlement website at www.RainOncologySettlement.com, or periodically check the Court's website at https://www.cand.uscourts.gov/ to see if the Settlement Hearing stays as calendared or is changed.  The Court's docket is also available on the PACER service at https://www.pacer.gov.

**18.  Do I have to come to the Settlement Hearing?**

No.  Lead Counsel will answer any questions the Court may have.  But, you are welcome to attend at your own expense.  If you submit a valid and timely objection, the Court will consider it and you do not have to come to Court to discuss it.  You may have your own lawyer attend (at your own expense), but it is not required.  If you do hire your own lawyer, he or she must file and serve a Notice of Appearance by **no later than March 5, 2026.**

**19.  May I speak at the Settlement Hearing?**

If you have submitted a timely objection and have not opted out of the Settlement, you may appear and address the Court at the Settlement Hearing concerning the Settlement and your objection to it should you wish to do so. If you have not opted out of the Settlement but did not submit a timely objection, you may also appear at the Settlement Hearing and address the Court concerning the Settlement should you wish to do so.

## IF YOU DO NOTHING

**20.  What happens if I do nothing at all?**

If you do nothing and you are a member of the Class, you will receive no money from this Settlement and you will be precluded from starting a lawsuit, continuing with a lawsuit, or being part of any other lawsuit against the Defendants and the other Released Defendants' Parties concerning the Released Plaintiffs' Claims.  To share in the Net Settlement Fund, you must submit a Claim Form (*see* Question 8 above).  To start, continue or be part of any other lawsuit against the Defendants and the other Released Defendants' Parties concerning the Released Plaintiffs' Claims in this case, to the extent it is otherwise permissible to do so, you must exclude yourself from the Class (*see* Question 11 above).

## GETTING MORE INFORMATION

**21.  Are there more details about the Settlement?**

This Notice summarizes the proposed Settlement.  More details are in the Stipulation, Lead Counsel's motions in support of final approval of the Settlement, the request for attorneys' fees and litigation expenses, and approval of the proposed Plan of Allocation which will be filed with the Court no later than January 29, 2026, and be available from Lead Counsel, the Claims Administrator, or the Court, pursuant to the instructions below.

You may review the Stipulation or documents filed in the case at the Office of the Clerk, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, on weekdays (other than court holidays) between 9:00 a.m. and 4:00 p.m.  Subscribers to PACER can also view the papers filed publicly in the Action at https://www.pacer.gov.

You can also get a copy of the Stipulation and other case documents by visiting the website dedicated to the Settlement, www.RainOncologySettlement.com, calling the Claims Administrator toll free at (866) 274-4004, emailing the Claims Administrator at info@strategicclaims.net or writing to the Claims Administrator at *Thant v. Rain Oncology, Inc., et al.,* c/o Strategic Claims Services, 600 N. Jackson Street, Suite 205, P.O. Box 230, Media, PA 19063.

**Please do not call the Court with questions about the Settlement.**

### PLAN OF ALLOCATION OF NET SETTLEMENT FUND

### 22.  How will my claim be calculated?

As discussed above, the Settlement provides $7,250,000.00 in cash for the benefit of the Class.  The Settlement Amount and any interest it earns constitute the "Settlement Fund."  The Settlement Fund, less any taxes and tax expenses, any Attorney Fee Award to Lead Counsel, any Award to Plaintiffs approved by the Court, and Settlement Administration Costs is the "Net Settlement Fund."  If the Settlement is approved by the Court, the Net Settlement Fund will be distributed to eligible Authorized Claimants—*i.e.*, Class Members who timely submit valid Claim Forms that are accepted for payment by the Court—in accordance with this proposed Plan of Allocation or such other plan of allocation as the Court may approve.  Class Members who do not timely submit valid Claim Forms will not share in the Net Settlement Fund, but will otherwise be bound by the Settlement.  The Court may approve this proposed Plan of Allocation, or modify it, without additional notice to the Class.  Any order modifying the Plan of Allocation will be posted on the Settlement website, www.RainOncologySettlement.com.

The Plan of Allocation takes into account Lead Counsel's assessment of the strength and weakness of the various claims and defenses and incorporates the advice of consulting experts. The objective of the Plan of Allocation is to distribute the Net Settlement Fund equitably among those Class Members who suffered alleged economic losses as a proximate result of the Defendants' alleged wrongdoing.  The Plan of Allocation is not a formal damages analysis, and the calculations made in accordance with the Plan of Allocation are not intended to be estimates of, or indicative of, the amounts that Class Members might have been able to recover after a trial.  Nor are the calculations in accordance with the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants under the Settlement. The computations under the Plan of Allocation are only a method to weigh, in a fair and equitable manner, the claims of Authorized Claimants against one another for the purpose of making *pro rata* allocations of the Net Settlement Fund.  The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon the total of each Authorized Claimant's recognized losses, as calculated pursuant to the formulas set forth below ("Recognized Loss").

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's total Recognized Losses. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Losses of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Losses bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (i.e., "*pro rata* share").  Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

Plaintiffs asserted claims under both the Securities Exchange Act of 1934 and the Securities Act of 1933. Plaintiffs' theory of damages under both statutes focused on the change in Rain's stock price following public disclosures on May 22, 2023. On that day, Rain announced that its Phase 3 trial for

10

milademetan in DDLS failed due to a lack of efficacy and elevated levels of adverse safety events. In response to the news, Rain's stock price declined from $9.93 per share on May 19, 2023 to $1.22 per share on May 22, 2023. These disclosures, according to Plaintiffs' allegations, revealed to investors that Defendants' previous public statements had been untrue or materially misleading, and resulted in the stock price decline that followed these announcements. Consequently, the Plan of Allocation intends to compensate Authorized Claimants for these alleged damages. Depending on when you purchased your shares of Rain common stock and how many shares you held when the adverse news about the Phase 3 trial emerged, you may have a Recognized Loss. The following paragraphs explain how to calculate your Recognized Loss.

You may have a Recognized Loss if you purchased Rain common stock between April 23, 2021 and May 19, 2023, inclusive. The Plan of Allocation for claims is as follows:

i.    For each share of Rain common stock sold prior to or on May 19, 2023, the Recognized Loss per share is $0.

ii.   For each share of Rain common stock held as of close of trading on May 19, 2023, the Recognized Loss is the number of shares you held multiplied by $8.71, which represents the decline in Rain's stock price that occurred following the Phase 3 clinical trial disclosure on May 22, 2023.

### INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

The Plan of Allocation is intended to compensate investors for losses incurred as a result of Defendants' alleged violations of federal securities laws. Authorized Claimants who invested in Rain for a net gain will not have a Recognized Loss and will not be eligible for a distribution from the Net Settlement Fund. Any transaction(s) resulting in a gain will not have a Recognized Loss.

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of Authorized Claimants that participate in the Settlement, and when they purchased and/or sold securities. The number of claimants who send in claims varies widely from case to case.

A purchase or sale of Rain common stock shall be deemed to have occurred on the "trade" date as opposed to the "settlement" or "payment" date.

Authorized Claimants who acquired shares of Rain common stock during the Class Period by way of gift, inheritance or operation of law, such shares shall not have a Recognized Loss.

Receipt of Rain common stock in exchange for securities of any corporation or entity shall not have a Recognized Loss.

The first-in-first-out ("FIFO") basis will be applied to purchases and sales.

The date of covering a "short sale" is deemed to be the date of purchase of shares. The date of a "short sale" is deemed to be the date of sale of shares. In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a claimant has an opening short position in Rain common stock, the earliest purchases shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered.

No securities other than Rain common shares are eligible to participate in the Settlement. With respect to shares purchased or sold through the exercise of an option or warrant, the purchase/sale date of the share shall be the exercise date and the purchase/sale price shall be the exercise price. Any Recognized Loss arising from purchases of shares acquired during the Class Period through the exercise of an option or warrant are not eligible to participate in the Settlement.

A Recognized Loss will be calculated as defined herein and cannot be less than zero. A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her or its Recognized Losses. The Net Settlement Fund will be distributed to Authorized Claimants on a pro rata basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each

Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

Class Members who do not submit an acceptable Proof of Claim (including documentation of the transactions claimed) will not share in the Settlement proceeds. The Settlement and the Final Judgment and Order of Dismissal with Prejudice dismissing this Action will nevertheless bind Class Members who do not submit a request for exclusion and/or submit an acceptable Proof of Claim.

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Claim Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Class Members and the claims-administration process, to decide the issue by submitting a written request.

Defendants, their respective counsel, and all other Released Defendants' Parties will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Plaintiffs and Lead Counsel, likewise, will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is de minimis and such remaining balance will then be distributed to a non-sectarian, not-for-profit organization identified by Lead Counsel.

## SPECIAL NOTICE TO SECURITIES BROKERS AND NOMINEES

If you purchased Rain common stock during the Class Period for the beneficial interest of a person or entity other than yourself, the Court has directed that **WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THE NOTICE**, **YOU MUST EITHER**: (a) provide to the Claims Administrator the name, last known address, and email address (to the extent known) of each such person or entity; (b) request additional copies of the Postcard Notice from the Claims Administrator, which will be provided to you free of charge, and **WITHIN TEN (10) CALENDAR DAYS** of receipt, mail the Postcard Notice directly to all such persons or entities; or (c) request an electronic link to this Notice and the Claim Form for whom valid email addresses are available and, **WITHIN TEN (10) CALENDAR DAYS** of receipt, email the link to this Notice and the Claim Form to all such persons or entities. If they are available, you must also provide the Claims Administrator with the e-mails of the beneficial owners. If you choose to follow procedures (b) or (c), the Court has also directed that, upon making that mailing, **YOU MUST SEND A STATEMENT** to the Claims Administrator confirming that the mailing or emailing was made as directed and keep a record of the names, mailing addresses, and email addresses used.

Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred up to a maximum of $0.05 per name, address, and email address provided to the Claims Administrator; up to $0.05 per Postcard Notice actually mailed, plus postage at the rate used by Claims Administrator; or up to $0.05 per link to the Notice and Claim Form transmitted

12

by email, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court. Copies of this Notice and the Claim Form may be obtained from the website maintained by the Claims Administrator. All communications concerning the foregoing should be addressed to the Claims Administrator by telephone at (866) 274-4004, by email at info@strategicclaims.net at the Settlement website at www.RainOncologySettlement.com, or through mail at

*Thant v. Rain Oncology, Inc., et al.,*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
P.O. Box 230
Media, PA 19063

Dated: December 15, 2025                                     BY ORDER OF THE UNITED STATES
                                                            DISTRICT COURT FOR THE
                                                            NORTHERN DISTRICT OF CALIFORNIA

*Thant v. Rain Oncology, Inc., et al.,*
**Toll-Free Number: (866) 274-4004**
**Email: info@strategicclaims.net**
**Website:  www.RainOncologySettlement.com**

# PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, or submit it online at www.RainOncologySettlement.com, with supporting documentation, *postmarked* **(if mailed) or received no later than April 20, 2026**.

**Mail to:**

*Thant v. Rain Oncology, Inc., et al.,*
**c/o Strategic Claims Services**
**600 N. Jackson Street, Suite 205**
**P.O. Box 230**
**Media, PA 19063**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the Parties to the Action, or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3 |
| PART III – SCHEDULE OF TRANSACTIONS IN RAIN COMMON STOCK | 5 |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | 6 |

## PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name

Joint Beneficial Owner's Name (*if applicable*)

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (e.g., Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

Address (Second line, if needed)

| City | State/Province | Zip Code |
| --- | --- | --- |

| Foreign Postal Code (if applicable) | Foreign Country (if applicable) |
| --- | --- |

| Telephone Number (Day) | Telephone Number (Evening) |
| --- | --- |

Email Address (email address is not required, but if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim):

## Type of Beneficial Owner:

Specify one of the following:

☐ Individual(s)  ☐ Corporation  ☐ UGMA Custodian  ☐ IRA

☐ Partnership  ☐ Estate  ☐ Trust  ☐ Other (describe: _____ )

## PART II – GENERAL INSTRUCTIONS

1.  It is important that you completely read the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice.  The Notice is also available on the Settlement website at: www.RainOncologySettlement.com. The Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form.  By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2.  By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice.  If you are not a Class Member (see the definition of the Class on page 5 of the Notice), do not submit a Claim Form.  **You may not, directly or indirectly, participate in the Settlement if you are not a Class Member.**  Thus, if you are excluded from the Class, any Claim Form that you submit, or that may be submitted on your behalf, will not be accepted.

3.  **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement.  The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice or by such other plan of allocation as the Court approves.**

4.  On the Schedule of Transactions in Part III of this Claim Form, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of Rain Oncology Inc. ("Rain") common stock (symbol: RAIN) and whether such transactions resulted in a profit or a loss.  **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

5.  <u>Please note</u>:  Only shares of Rain common stock purchased between April 23, 2021 and May 19, 2023, inclusive, are eligible under the Settlement and the proposed Plan of Allocation set forth in the Notice.

6.  You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of Rain common stock set forth in the Schedule of Transactions in Part III.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the Claims Administrator do not independently have information about your investments. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.

7.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.  Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of Rain common stock.  The complete name(s) of the beneficial owner(s) must be entered.  If you held the Rain common stock in your own name, you were the beneficial owner as well as the record owner.  If, however, your shares of Rain common stock were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of these shares, but the third party was the record owner.  The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement.  If there were joint beneficial owners, each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

9.  **One Claim should be submitted for each separate legal entity or separately managed account.** Separate Claim Forms should be submitted for each separate legal entity (e.g., an individual should not combine his or her IRA transactions with transactions made solely in the individual's name).  Generally, a single Claim Form should be submitted on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form.  However, if a single person or legal entity had multiple accounts that were separately managed, separate Claim Forms may be submitted for each such account.  The Claims Administrator reserves the right to request information on all the holdings and transactions in Rain common stock made on behalf of a single beneficial owner.

10. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

        (a)      expressly state the capacity in which they are acting;

        (b)      identify the name, account number, Social Security Number (or other taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Rain common stock; and

        (c)      furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

11. By submitting a signed Claim Form, you will be swearing that you:

        (a)      own(ed) the Rain common stock you have listed in the Claim Form; or

        (b)      are expressly authorized to act on behalf of the owner thereof.

12. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

13. Payments to eligible Authorized Claimants will be made only if the Court approves the Settlement, after any appeals are resolved, and after the completion of all claims processing.

14. **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation, and no distribution will be made to that Authorized Claimant.

15. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, Strategic Claims Services, at the above address, by email at info@strategicclaims.net, or by toll-free phone at (866) 274-4004, or you can visit the website, www.RainOncologySettlement.com, where copies of the Claim Form and Notice are available for downloading.

16. NOTICE REGARDING INSTITUTIONAL FILERS:   Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, to obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.RainOncologySettlement.com or you may email the Claims Administrator's electronic filing department at efile@strategicclaims.net. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 8 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email confirming receipt of your submission. **Do not assume that your file has been received until you receive that email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at <u>efile@strategicclaims.net</u> to inquire about your file and confirm it was received.**

17. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.RainOncologySettlement.com. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

**IMPORTANT:  PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD OR CONFIRMATION EMAIL.   THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL OR EMAIL WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD OR CONFIRMATION EMAIL WITHIN 60 DAYS, CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (866) 274-4004.**

Questions? Visit www.RainOncologySettlement.com or call toll-free (866) 274-4004

Page 4 of 8

## PART III – SCHEDULE OF TRANSACTIONS IN RAIN COMMON STOCK

Do not include information regarding any securities other than Rain. Please include proper documentation with your Claim Form as described in Part II – General Instructions, ¶ 6, above.

**1. PURCHASES FROM APRIL 23, 2021 THROUGH MAY 19, 2023** – Separately list each and every purchase or acquisition of Rain common stock from April 23, 2021 through May 19, 2023. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding any taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**2. SALES FROM APRIL 23, 2021 THROUGH MAY 19, 2023** – Separately list each and every sale or disposition of Rain common stock from April 23, 2021 through May 19, 2023. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding any taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**3. HOLDINGS AS OF THE CLOSE OF TRADING ON MAY 19, 2023** – State the total number of shares of Rain common stock held as of the close of trading on May 19, 2023. If none, write "zero" or "0."

_____

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

## PART IV – RELEASE OF CLAIMS AND SIGNATURE

## YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against the Released Defendants' Parties, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Released Defendants' Parties.

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.     that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.     that the claimant(s) is a (are) Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Class as set forth in the Notice;

3.     that I (we) own(ed) the Rain common stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Released Defendants' Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.     that the claimant(s) has (have) not submitted any other claim covering the same purchases of Rain common stock and knows (know) of no other person having done so on the claimant's (claimants') behalf;

5.     that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

6.     that I (we) agree to furnish such additional information with respect to this Claim Form as Class Counsel, the Claims Administrator, or the Court may require;

7.     that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this Claim, and waive(s) any right of appeal or review with respect to such determination;

8.     that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

9.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is (they are) subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is (they are) no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he, she, or it is (they are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND

THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of claimant                                                                                          Date


_____
Print claimant name here


_____
Signature of joint claimant, if any                                                                     Date


_____
Print joint claimant name here

***If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:***


_____
Signature of person signing on behalf of claimant                                        Date


_____
Print name of person signing on behalf of claimant here


_____
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see ¶ 10 on page 3 of this Claim Form.)

### REMINDER CHECKLIST

1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.
2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.
3. Do not highlight any portion of the Claim Form or any supporting documents.
4. Keep copies of the completed Claim Form and documentation for your own records.
5. The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard or confirmation email. **If you do not receive an acknowledgement postcard or confirmation email within 60 days, please call the Claims Administrator toll free at (866) 274-4004.**
6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.
7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@strategicclaims.net, or by toll-free phone at (866) 274-4004, or you may visit www.RainOncologySettlement.com.

Questions? Visit www.RainOncologySettlement.com or call toll-free (866) 274-4004

Page 7 of 8

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL OR SUBMITTED ONLINE AT WWW.RAINONCOLOGYSETTLEMENT.COM, **POSTMARKED (OR RECEIVED) NO LATER THAN APRIL 20, 2026**.  IF MAILED, THE CLAIM FORM SHOULD BE ADDRESSED AS FOLLOWS:

*Thant v. Rain Oncology, Inc., et al.,*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
P.O. Box 230
Media, PA 19063

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before **April 20, 2026**, is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please be patient and notify the Claims Administrator of any change of address.

Thant v. Rain Oncology, Inc., et al.,
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

December 29, 2025

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS WHO PURCHASED RAIN ONCOLOGY, INC. ("RAIN") COMMON STOCK BETWEEN APRIL 23, 2021 TO MAY 19, 2023, BOTH DATES INCLUSIVE, AND ALL PERSONS WHO PURCHASED RAIN COMMON STOCK PURSUANT OR TRACEABLE TO RAIN'S REGISTRATION STATEMENT FILED IN CONJUNCTION WITH RAIN'S INITIAL PUBLIC OFFERING ON APRIL 23, 2021.

Excluded from the Class are Rain, the Director Defendants, Dismissed Defendants, and each of their immediate family members, legal representatives, heirs, successors or assigns, and any entity in which any of the Defendants or Dismissed Defendants have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Thant v. Rain Oncology Inc., et al.*<br>Case No.: 5:23-cv-03518-EJD<br>Exclusion Deadline: March 5, 2026<br>Objection Deadline: March 5, 2026<br>Notice to Appear Deadline: March 5, 2026<br>Claim Filing Deadline: April 20, 2026<br>Settlement Hearing: April 2, 2026 | Security Identifiers:<br><br>Cusip Number: 75082Q105<br>ISIN:  US75082Q1058<br>SEDOL:  BN2RM92<br>Ticker Symbol: NASDAQ: RAIN |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1.  If you have no beneficial purchasers/owners, please so advise us in writing; or
2.  **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will do the emailing of the link to the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Proof of Claim") collectively the ("Notice and Claim Link") or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3.  Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notices, you have ten (10) calendar days to mail them; or
4.  Request an electronic Notice and Claim Link and email the link to each of your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
*   **$0.05 per Notice and Claim Link emailed,** OR
*   **$0.05 per name, address, and email address** if you are providing us the records, OR
*   **$0.05 per name and address, including materials, plus postage at the pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Notice and Proof of Claim and other important case-related documents are available on our website at www.RainOncologySettlement.com. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
*Thant v. Rain Oncology Inc., et al.*

PLEASE NOTE - A COPY OF THE POSTCARD NOTICE IS ON THE REVERSE SIDE OF THIS LETTER
To access the electronic copy of the Notice and Claim Form, please use the direct link:
https://www.rainoncologysettlement.com/wp-content/uploads/sites/2/2025/12/Final-Long-Notice-and-Claim-Form-Rain-Oncology.pdf

*Thant v. Rain Oncology, Inc., et al.*
c/o Strategic Claims Services
600 N Jackson St., Ste. 205
Media, PA  19063

---

*COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Thant v. Rain Oncology, Inc., et al.*
Case No: 5:23-cv-03518-EJD

Thant v. Rain Oncology Inc., et al.,
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

---

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.RAINONCOLOGYSETTLEMENT.COM FOR MORE INFORMATION.*

*ESTA TARJETA POSTAL PROPORCIONA SOLO INFORMACIÓN LIMITADA EN REFERENCIA AL ACUERDO. SÍRVASE VISITAR*
*WWW.RAINONCOLOGYSETTLEMENT.COM PARA INFORMACIÓN ADICIONAL.*

*本卡仅提供有关和解方案的有限信息。如需了解更多详情，请访问WWW.RAINONCOLOGYSETTLEMENT.COM。*

*BƯU THIẾP NÀY CHỈ CUNG CẤP THÔNG TIN CÓ GIỚI HẠN VỀ THỎA THUẬN DÀN XẾP. VUI LÒNG TRUY CẬP*
*WWW.RAINONCOLOGYSETTLEMENT.COM ĐỂ BIẾT THÊM THÔNG TIN.*

There has been a proposed Settlement of claims against Defendants Rain Oncology Inc. ("Rain"), Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff (collectively, "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants made materially false and misleading statements to the investing public about issues related to Rain's development and commercialization for milademetan in violation of the federal securities laws. Defendants deny any and all wrongdoing, liability and damages. You received this Postcard Notice because you or someone in your family may have purchased Rain common stock between April 23, 2021 and May 19, 2023, inclusive, and were damaged thereby.

Defendants have agreed to pay an all-in Settlement Amount of $7,250,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, a reimbursement award to Plaintiffs, and taxes, is to be divided among all Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available on the Settlement website at www.RainOncologySettlement.com.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in public shares in Rain. If every eligible Class Member submits a valid Proof of Claim form, the average recovery will be $0.91 per eligible share before expenses and other Court-ordered deductions. Your award will be your *pro rata* share of the Net Settlement Fund, as further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.RainOncologySettlement.com, or will be mailed to you upon request to the Claims Administrator at (866) 274-4004. **Proof of Claim forms must be submitted online or postmarked by April 20, 2026 to the Claims Administrator**. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 5, 2026, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by March 5, 2026. The detailed Notice explains how to submit a Proof of Claim form, exclude yourself or object.

The Court will hold a hearing in this case on April 2, 2026, to consider whether to approve the Settlement and a request by the lawyers representing the Class for up to 25% of the Settlement Fund in attorneys' fees, plus actual expenses incurred up to $75,000 for litigating the case and negotiating the Settlement (together with interest accrued on both amounts), and to consider whether to approve compensatory awards to Plaintiffs. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866) 274-4004 or visit the website www.RainOncologySettlement.com and read the detailed Notice.

Thant v. Rain Oncology, Inc., et al.
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

[Postage Prepaid]

*COURT-ORDERED LEGAL
NOTICE*

**Important Notice about a
Securities Class Action
Settlement.**

**You may be entitled to a CASH
payment. This Notice may
affect your legal rights. Please
read it carefully.**

*Thant v. Rain Oncology, Inc., et al.*
Case No: 5:23-cv-03518-EJD

Name
Address
City, State
Zip

***THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT WWW.RAINONCOLOGYSETTLEMENT.COM FOR MORE INFORMATION.***

***ESTA TARJETA POSTAL PROPORCIONA SOLO INFORMACIÓN LIMITADA EN REFERENCIA AL ACUERDO. SÍRVASE VISITAR WWW.RAINONCOLOGYSETTLEMENT.COM PARA INFORMACIÓN ADICIONAL.***

***本卡仅提供有关和解方案的有限信息。如需了解更多详情，请访问 WWW.RAINONCOLOGYSETTLEMENT.COM。***

***BƯU THIẾP NÀY CHỈ CUNG CẤP THÔNG TIN CÓ GIỚI HẠN VỀ THỎA THUẬN DÀN XẾP. VUI LÒNG TRUY CẬP WWW.RAINONCOLOGYSETTLEMENT.COM ĐỂ BIẾT THÊM THÔNG TIN.***

There has been a proposed Settlement of claims against Defendants Rain Oncology Inc. ("Rain"), Franklin Berger, Aaron Davis, Gorjan Hrustanovic, Tran Nguyen, Peter Radovich, and Stefani Wolff (collectively, "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants made materially false and misleading statements to the investing public about issues related to Rain's development and commercialization for milademetan in violation of the federal securities laws. Defendants deny any and all wrongdoing, liability and damages. You received this Postcard Notice because you or someone in your family may have purchased Rain common stock between April 23, 2021 and May 19, 2023, inclusive, and were damaged thereby.

Defendants have agreed to pay an all-in Settlement Amount of $7,250,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, a reimbursement award to Plaintiffs, and taxes, is to be divided among all Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available on the Settlement website at www.RainOncologySettlement.com.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in public shares in Rain. If every eligible Class Member submits a valid Proof of Claim form, the average recovery will be $0.91 per eligible share before expenses and other Court-ordered deductions. Your award will be your *pro rata* share of the Net Settlement Fund, as further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form.** The Claim Form can be found on the website www.RainOncologySettlement.com, or will be mailed to you upon request to the Claims Administrator at (866) 274-4004. **Proof of Claim forms must be submitted online or postmarked by April 20, 2026 to the Claims Administrator**. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 5, 2026, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by March 5, 2026. The detailed Notice explains how to submit a Proof of Claim form, exclude yourself or object.

The Court will hold a hearing in this case on April 2, 2026, to consider whether to approve the Settlement and a request by the lawyers representing the Class for up to 25% of the Settlement Fund in attorneys' fees, plus actual expenses incurred up to $75,000 for litigating the case and negotiating the Settlement (together with interest accrued on both amounts), and to consider whether to approve compensatory awards to Plaintiffs. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866) 274-4004 or visit the website www.RainOncologySettlement.com and read the detailed Notice.

**EXHIBIT D**

## Sarah Evans

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, January 12, 2026 8:01 AM |
| **To:** | Sarah Evans |
| **Cc:** | Josephine Bravata; Margery Craig; Sarah Evans; Faye Knowles |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: Levi & Korsinsky, LLP |



Boost the trust and credibility of your next press release. Get CLEAR Verified by GlobeNewswire

# Release Distribution Confirmation

**Levi & Korsinsky, LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Rain Oncology Inc.**

*Cross time: 01/12/26 08:00 AM ET: Eastern Time - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us