**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MYO THANT, Individually and On Behalf of
All Others Similarly Situated,

    Plaintiff,

    v.

RAIN ONCOLOGY INC., AVANISH VELLANKI,
RICHARD BRYCE, FRANKLIN BERGER,
AARON DAVIS, GORJAN HRUSTANOVIC,
TRAN NGUYEN, PETER RADOVICH, and
STEFANI WOLFF,

    Defendants.

Case No.: 5:23-cv-03518-EJD

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING:**
**(A) MAILING AND EMAILING OF THE POSTCARD NOTICE AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nine years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING AND EMAILING OF THE POSTCARD NOTICE**

2.    Pursuant to the Court's Preliminary Approval Order, dated December 15, 2025 (ECF No. 87, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims

1

DECLARATION OF SARAH EVANS    Case No. 5:23-cv-03518-EJD

in connection with the Settlement of the above-captioned Action.[1] I submit this declaration as a supplement to my previously filed Declaration of Sarah Evans Concerning: (A) Mailing and Emailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated January 27, 2026 (ECF No. 88-2, the "Initial Mailing Declaration"), to provide the Court and the Parties with updated information regarding the notifications to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.       As noted in the Initial Mailing Declaration, SCS had mailed or emailed 2,463 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. As also noted in the Initial Mailing Declaration, a total of 15,691 notices had been sent or were in the process of being sent to potential Class Members or nominees to inform them of the Settlement, of which 5,313 were Postcard Notices that had been or were in the process of being mailed and 10,378 were emails with either the direct link to the electronic Notice and Claim Form on the Settlement webpage or the electronic Postcard Notice in addition to the direct link to the Notice and Claim Form. Since the Initial Mailing Declaration, SCS has mailed an additional 54 Postcard Notices by request to potential Class Members and has been notified by nominees that they mailed an additional 45 Postcard Notices to clients who are potential Class Members. To date, a total of 15,790 notices have been sent to potential Class Members or nominees, of which 5,412 were mailed Postcard Notices and 10,378 were emailed links to the Notice and Claim Form or the electronic Postcard Notice in addition to the link to the Notice and Claim Form.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated October 21, 2025 (ECF No. 83, the "Stipulation").

DECLARATION OF SARAH EVANS                              Case No. 5:23-cv-03518-EJD

4.     As noted in the Initial Mailing Declaration, one of the Postcard Notices mailed had returned to SCS as undeliverable; as the intended recipient was a nominee included on SCS's master mailing list with an alternate mailing address, SCS then mailed the nominee a letter notifying them of the Settlement and including the Postcard Notice to the alternate address. Since the Initial Mailing Declaration was filed, an additional 211 Postcard Notices were returned to SCS as undeliverable. Of these 211 Postcard Notices, the United States Postal Service provided forwarding addresses for 16, and SCS immediately mailed a Postcard Notice to each of the forwarding addresses. The remaining 195 Postcard Notices were skip-traced, and 57 were remailed to new addresses obtained via skip-tracing.

5.     SCS also received six requests from potential Class Members for SCS to mail them a copy of the Notice and Claim Form, and SCS promptly mailed a Notice and Claim Form to each potential Class Member at the address provided.

6.     Out of the 10,378 links to the Notice and Claim Form that were emailed, 353 bounced back to SCS as undeliverable. A Postcard Notice was promptly mailed to the 350 potential Class Members for whom SCS had been provided a mailing address. SCS is attempting to obtain mailing addresses for the remaining three invalid emails and will promptly mail a Postcard Notice if/when those addresses are obtained.

## UPDATE ON TOLL-FREE PHONE LINE

7.     The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement. SCS has and will continue to respond promptly to each telephone inquiry and address Class Members' inquiries throughout the administration process.

3

DECLARATION OF SARAH EVANS                                    Case No. 5:23-cv-03518-EJD

## UPDATE ON SETTLEMENT WEBPAGE

8.    The Initial Mailing Declaration also noted that on December 29, 2025, SCS established a dedicated website for the Settlement at www.RainOncologySettlement.com. The website is accessible 24 hours a day, 7 days a week, and contains a home page accessible in English, Spanish, Mandarin, and Vietnamese; an online claims filing page; a contact us page; and a nominees page. The Initial Mailing Declaration also noted that the website contains an important documents page with the Notice and Claim Form (in English, Spanish, Mandarin, and Vietnamese), the Stipulation, and the Preliminary Approval Order. On January 29, 2026, SCS updated the Important Documents page of the website to include downloadable versions of Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Memorandum of Points and Authorities in Support Thereof (ECF No. 88) and Plaintiffs' Notice of Motion and Motion for an award of Attorneys' Fees and Reimbursement of Litigation Expenses, and Memorandum of Points and Authorities in Support Thereof (ECF No. 89). SCS will continue to maintain and update the website throughout the Settlement administration process.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.    The Postcard Notice, Notice, Summary Notice, and Settlement website informed potential Class Members that written requests for exclusion were to be mailed so that they were received by SCS no later than March 5, 2026. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

10.    According to the Postcard Notice, Notice, Summary Notice, and Settlement website, Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to

4

DECLARATION OF SARAH EVANS                        Case No. 5:23-cv-03518-EJD

Plaintiffs must have submitted their objections to the Court so that those objections were filed or received no later than March 5, 2026. As of the date of this declaration, SCS has not received any misdirected objections, nor has SCS been notified that any objections were filed.

### CLAIMS RECEIVED TO DATE

11.    As of the date of this declaration, SCS has received 119 claims. The deadline to file Claim Forms is April 20, 2026. In SCS's experience, most claims for each case are filed on or shortly before the claims filing deadline, and SCS anticipates that the large majority of the claims for this Settlement will be received on or immediately prior to April 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of March 2026, in Media, Pennsylvania.

_____
Sarah Evans

DECLARATION OF SARAH EVANS                                    Case No. 5:23-cv-03518-EJD